UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SANDRA LYNN MCCALPIN, individually and d/b/a HEROES TAVERN AND CAFE a/k/a SANDRA MCCALPIN ENTERPRISES, <br><br> Defendants. | Case No: C 16-2285 SBA <br><br> **ORDER SETTING BRIEFING SCHEDULE** |

On July 27, 2016, the Clerk, upon request of Plaintiff, entered default against Sandra Lynn McCalpin, individually and d/b/a Heroes Tavern and Cafe a/k/a Sandra McCalpin Enterprises. Dkt. 17. By no later than August 31, 2016, Plaintiff shall file a motion for default judgment, which shall be noticed for hearing on October 12, 2016. The Court may resolve the motion without oral argument. Civ. L.R. 7-1(b). The failure to comply with this Order may result in the imposition of sanctions, up to and including dismissal of the action under Federal Rule of Civil Procedure 41.

IT IS SO ORDERED.

Dated: 7/27/16

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge